# Court of Appeals
# of the State of Georgia

ATLANTA, <u>May 09, 2019</u>

*The Court of Appeals hereby passes the following order:*

**A19E0050.  HANANIA IMPORTS, INC. d/b/a HANANIA AUTOMOTIVE GROUP v. JOHNSON ADVERTISING, INC.**

Upon consideration of Appellant's Emergency Motion to Request Extension of Time to File Application for Discretionary Appeal, the same is hereby GRANTED. Appellant shall have until May 20, 2019 to file its application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>05/09/2019</u>
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*